# SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
-----------
*Admitted in New Jersey*

December 7, 2020

BY ECF FILING

Hon. Coleen McMahon
Chief Judge
US District Court, Southern District of New York
500 Pearl Street
New York, NY  10007

Re: <u>United States v. Cahill, et al.</u>,
20 Cr. 521 (CM)

Dear Judge McMahon:

      Last week, on December 3, 2020, you directed my client to return the thumb drive I had provided him, which contained a subset of the discovery previously disclosed by the government without limitation.  <u>See</u> Dkt. No. 67.  Shortly after Your Honor ruled, I advised my client of your ruling by phone.  On the following morning, my client mailed to me the thumb drive I had provided to him, and he did not retain any copies of the materials on the thumb drive.  Today, I received the thumb drive.  Proof of the mailing, and my client's compliance with your directive, is attached as Exhibit A.

      I wish the Court, all parties, and counsel continued good health.

Respectfully submitted,

*Roland G. Riopelle*

Roland G. Riopelle

Enc.
Cc: All Counsel (By ECF)