# EXHIBIT A

REGAN
37 Columbus Ave
Kings Park NY
11754





U.S. POSTAGE PAID
FCM LG ENV
KINGS PARK, NY
11754
DEC 04, 20
AMOUNT
$1.00
R2304M112141-08

1000    10022

SerCARI & Riopelle, LLP
950 Third Avenue 32 Floor
New York, NY 10022
Att Roland Riopelle

ACAW
37 Columbus Ave
Astor Parkway
N.Y. 4

U.S. POSTAGE PAID
FCM LG ENV
KINGS PARK, NY
11754
DEC 04, 20
AMOUNT
**$1.00**
R2304M112141-08

1000    10022

SerCARI ~ RioPelle, LLP
950 Third Avenue 32 Floor
New York, NY 10022
Att Roland RioPelle