```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ROBERT EGAN

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S6 20 Cr. 521 (CM)

   WHEREAS, on or about December 12, 2022, ROBERT EGAN (the "Defendant"), was charged in a one-count superseding Information, S6 20 Cr. 521 (CM) (the "Information"), with violation of the Taft Hartley Act, in violation of Title 29, United States Code, Sections 186 (a)(2), (b)(1) and (d)(2);

   WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in the United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

   WHEREAS, on or about December 12, 2022, the Defendant pled guilty to Count one of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $5,000 in United States currency,

representing, the amount of proceeds traceable to the commission of the offense charged in Count One of the Information.

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,000 in United States currency, representing the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Jun Xiang, Frank Balsamello, Marguerite B. Colson, and Laura De Oliveira of counsel, and the Defendant, and his counsel, Roland Riopelle, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $5,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ROBERT EGAN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/2/2023
Jun Xiang/Frank Balsamello/Marguerite         DATE
B. Colson/Laura De Oliveira
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2587


ROBERT EGAN


By: _____          2/3/2023
ROBERT EGAN                                   DATE


By: _____          2/3/2023
ROLAND G. RIOPELLE, ESQ.                      DATE
Attorney for Defendant
950 Third Avenue, 31st Fl.
New York, NY 10022


SO ORDERED:

_____              2/21/2023
HONORABLE COLLEEN MCMAHON                    DATE
UNITED STATES DISTRICT JUDGE